317 So.2d 504

**In re Charles NESBITT**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1369.**

Supreme Court of Alabama.

Aug. 21, 1975.

William J. Baxley, Atty. Gen., and Kermit M. Downs, Asst. Atty. Gen., for petitioner.

EMBRY, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Nesbitt v. State,* 55 Ala.App. 534, 317 So. 2d 501.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.

315 So.2d 442

**In re Lawrence OSTEEN**

**v.**

**STATE of Alabama.
Ex parte Lawrence Osteen.**

**SC 1146.**

Supreme Court of Alabama.

July 10, 1975.

J. D. Quinlivan, Mobile, for petitioner.

William J. Baxley, Atty. Gen., and Carol Jean Smith, Asst. Atty. Gen., for the State, respondent.

JONES, Justice.

On preliminary examination, the petition for the writ of certiorari to the Court of Criminal Appeals was granted. Upon further consideration, we hold that the writ was improvidently granted and is due to be quashed.

Writ of certiorari quashed as improvidently granted.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

310 So.2d 501

**In re Emmett Mack OWENS**

**v.**

**STATE.**

**Ex parte Emmett Mack Owens.**

**SC 1164.**

Supreme Court of Alabama.

March 27, 1975.

David L. Barnett, Mobile, for petitioner.

MADDOX, Justice.

Petition of Emmett Mack Owens for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Owens v. State, 54 Ala.App. 575, 310 So.2d 498.

Writ denied.

HEFLIN, C. J., and MERRILL, JONES and SHORES, JJ., concur.